# NO. 12-10-00396-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST* | § | *APPEAL FROM THE 392ND* |
| *OF C.A.W., JR., AND* | § | *JUDICIAL DISTRICT COURT* |
| *T.W., CHILDREN* | § | *HENDERSON COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

On November 12, 2010, Appellant filed a notice of appeal complaining of various actions of the trial court. On November 23, 2010, this court notified Appellant pursuant to Texas Rule of Appellate Procedure 37.1, that the information received in this appeal does not contain a final judgment or other appealable order. Appellant was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before December 23, 2010, to show the jurisdiction of this court. The deadline for amendment has passed, and Appellant has neither responded to the November 23, 2010 notice or otherwise shown the jurisdiction of this court. Accordingly, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered January 12, 2011.
*Panel consisted of Worthen, C.J., Griffith, J. and Hoyle, J.*

(PUBLISH)